IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| VANESSA BARRETT, ET AL. | PLAINTIFFS |
| VS. | CIVIL ACTION NO.: 3:21-CV-124-HTW-LGI |
| CITY OF PELAHATCHIE, MISSISSIPPI, ET AL. | DEFENDANTS |

### AGREED RULE 54(b) FINAL JUDGMENT WITH RESPECT TO THE CITY OF PELAHATCHIE, MISSISSIPPI AND CHIEF JOSEPH DAUGHTRY, IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES

THIS CAUSE, this day having come before the Court on the Stipulation of Dismissal entered into by plaintiffs and defendants the City of Pelahatchie, Mississippi and Chief Joseph Daughtry, and the Court having considered the same and being fully advised in the premises finds that this matter should be dismissed with prejudice under Rule 54(b) with respect to the City of Pelahatchie, Mississippi and Chief Joseph Daughtry only.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the City of Pelahatchie, Mississippi and Chief Joseph Daughtry are hereby DISMISSED WITH PREJUDICE, with Plaintiffs and these defendants to bear their own costs.

**SO ORDERED**, this the 25th day of January, 2023.

/s/HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE

**APPROVED AS TO FORM AND CONTENT:**

*/s/Tamekia R. Goliday*                              */s/ Mallory K. Bland*
Tamekia R. Golliday                                    Mallory K. Bland

***ATTORNEY FOR PLAINTIFFS***          ***ATTORNEY FOR MUNICIPAL DEFENDANTS***

*/s/ Jason Dare*
***ATTORNEY FOR RANKIN COUNTY DEFENDANTS***