# United States Court of Appeals for the Fifth Circuit

---

No. 23-60163

---

Vanessa Barrett, *as natural mother and adult next friend of G.W., a minor, who are the heirs and wrongful death beneficiaries of Pierre Woods, deceased*; Dris Mitchell, *as the natural mother and adult next friend of K.W., a minor, who are the heirs and wrongful death beneficiaries of Pierre Woods, deceased*,

*Plaintiffs—Appellees*,

*versus*

Bryan Bailey, *Individually*,

*Defendant—Appellant.*

---

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:21-CV-124

---

ORDER:

ON CONSIDERATION of the motion to stay proceedings in this cause, IT IS ORDERED that pursuant to 5th Cir. R. 42.4 this appeal is hereby dismissed without prejudice to the right of either party to reinstate the appeal by letter to the Clerk of this Court within 180 days from this date. Unless the appeal is reinstated within that time, or the foregoing 180 day time period is extended, the appeal will be considered dismissed with prejudice.

A True Copy
Certified order issued Oct 12, 2023

*Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

No. 23-60163

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT