IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| VANESSA BARRETT, as natural mother and adult next friend of G.W., a minor, and DRIS MITCHELL, as the natural mother and adult next friend of K.W., a minor, who are the heirs and wrongful death beneficiaries of PIERRE WOODS, deceased | PLAINTIFFS |
| v. | CAUSE NO. 3:21cv124-HTW-LGI |
| CITY OF PELAHATCHIE, MISSISSIPPI, RANKIN COUNTY, MISSISSIPPI, et al. | DEFENDANTS |

### AGREED FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

This cause comes before the Court pursuant to FED. R. CIV. P. 41(a)(2), in which Plaintiffs, Vanessa Barrett, as natural mother and adult next friend of G.W., a minor, and Dris Mitchell, as the natural mother and adult next friend of K.W., a minor, who are the heirs and wrongful death beneficiaries of Pierre Woods, deceased, request that all their claims against Defendants, Rankin County, Mississippi and Bryan Bailey, Adam Whittington, Christian Dedmon, Luke Stickman, Justin Evans, George Barrentine, Cody Grogan, Geoff Rauch, Tyson Burleson, Zach Acy, A.J. Dimartino, IV, Chase Beemon, Chance White, and Hunter Elward, all in their individual and official capacities, ("the Rankin County Defendants") be dismissed with prejudice. This Court, being fully advised in the premises, finds that the terms of the dismissal are proper and hereby orders that any and all claims currently pending in this litigation are hereby dismissed with prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED, that any and all claims that were or could have been included in Plaintiffs' [45] Amended Complaint and/or any other amendments

thereto in the above-styled and numbered litigation are dismissed with prejudice, with each party to bear their respective attorneys' fees, costs, and expenses.

This final judgment dismisses all remaining claims in the instant litigation such that it may be finally closed on the Court's docket.

SO ORDERED AND ADJUDGED, this the 30th day of May, 2024.

/s/HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE


AGREED AND REQUESTED BY:

*/s/ Tamekia R. Goliday*
Tamekia R. Goliday, Esq. (trg@golidaylawfirm.com)
GOLIDAY LAW FIRM
*Counsel for Plaintiffs*


AGREED:

*/s/ Jason E. Dare*
Jason E. Dare, Esq. (jdare@bislawyers.com)
BIGGS, INGRAM & SOLOP, PLLC
*Counsel for Rankin County Defendants*